People v Franco

2026 NY Slip Op 01986

April 1, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Alexander Franco, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 1, 2026

2023-12208, (Ind. No. 73537/22)

Mark C. Dillon, J.P.

Paul Wooten

Lillian Wan

Donna-Marie E. Golia, JJ.

Patricia Pazner, New York, NY (Christiana Johnson of counsel), for appellant.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Morgan J. Dennehy of counsel; Robert Ho on the memorandum), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Rhonda Z. Tomlinson, J.), imposed December 8, 2023, upon his plea of guilty, on the ground that the sentence was excessive.

ORDERED that the sentence is affirmed.

The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).

DILLON, J.P., WOOTEN, WAN and GOLIA, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court